

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
MENTWELL SPIVEY #211446,
    Plaintiffs-Petitioners,

Vs

Case: 2:26–cv–11050
Assigned To : Drain, Gershwin A.
Referral Judge: Patti, Anthony P.
Assign. Date : 3/31/2026
Description: CMP DERRICK LEE CARDELLO–SMITH ET AL V
STATE OF MICHIGAN ET AL (SS)

PEOPLE OF THE STATE OF MICHIGAN, et al,
83 COUNTY PROSECUTORS AS REPRESENTATIVES
OF THE PEOPLE OF THE STATE OF MICHIGAN FROM
-1-1-85 thru-3-23-26, et al
83 COUNTY CRIMINAL DISTRICT COURT JUDGES CONDUCTING
BIND-OVER HEARINGS FOR THE PEOPLE OF THE STATE
OF MICHIGAN FROM-1-1-85 thru-3-23-26, et al
83 COUNTY CRIMINAL DISTRICT COURT PROSECUTORS CONDUCTING
BIND-OVER HEARINGS FOR THE PEOPLE OF THE STATE
OF MICHIGAN FROM-1-1-85 thru-3-23-26, et al
83 COUNTY CRIMINAL DISTRICT COURT DEFENSE ATTORNEYS
REPRESENTING CRIMINAL DEFENDANTS DURING THE PRE-TRIAL RELEASE
AND IN- CUSTODY HEARING/BIND-OVER HEARINGS FOR THE
PEOPLE OF THE STATE OF MICHIGAN FROM-1-1-85 thru-3-23-26, et al
    Defendants-Respondents,
_____/

COMPLAINT FOR CIVIL ACTION AND JURY TRIAL DEMAND
AND ORDER GRANTING RELEASE OF ELIGIBLE PRISONERS
OF THE CHIPPEWA CORRECTIONAL FACILITY PRISONER-PLAINTIFFS
ELIGIBLE FOR RELEASE ON BOND PENDING APPEAL BASED
UPON VIOLATIONS OF THEIR INDIVIDUAL CONSTITUTIONALLY
PROTECTED RIGHT TO AN "IN-CUSTODY" HEARING PURSUANT
TO CONSTITUTION 1963 ARTICLE 1 § SECTION 15 AND PURSUANT
TO MICHIGAN COURT RULE 6.106 (B) and (G)(2) REQUIRED PRIOR
PRIOR TO THE PRELIMINARY EXAMINATION AND IMMEDIATELY AFTER
THE ARRAIGNMENT ON THE WARRANT/COMPLAINT IN THEIR RESPECTIVE
CRIMINAL DISTRICT COURTS AFTER JANUARY 1, 1985 TO PRESENT DATE

[DEMAND FOR JURY TRIALS ON THIS ISSUE IS PRESERVED]

1.

Please be advised that the Plaintiffs DERRICK LEE CARDELLO-SMITH and MENTWELL SPIVEY and are entitled to Release on Bond Pending presenting the Court with the APPROVED LIST OF ELIGIBLE PRISONERS-PLAINTIFFS THAT WHO HAD THEIR CIVIL RIGHTS VIOLATION BY THE PEOPLE OF THE STATE OF MICHIGAN FAILING TO PROVIDE A CONSTITUTIONALLY REQUIRED "IN-CUSTODY" HEARING IMMEDIATELY AFTER THE ARRAIGNMENT ON THE WARRANT AND PRIOR TO THE PRELIMINARY EXAMINATION AS GUARANTEED BY CONSTITUTION 1953 ARTICLE 1 § SECTION 15 AND MICHIGAN RULES OF COURT 6.106(B) and (G)(2).

The time limits of this Petition and eligibility for said prisoners is JANUARY 1, 1985 THRU MARCH 25, 2026 For prisoners located and held at the HURON VALLEY WOMENS COMPLEX CORRECTIONAL FACILITY based on Custodial Jurisdiction of the WARDEN OF THE HURON VALLEY WOMENS COMPLEX CORRECTIONAL FACILITY Designated by the Michigan Department of Corrections and Directors of the Department of Corrections to House the said Prisoner on sentences obtained from a Judgment of Sentence of the individual Circuit Court for said Plaintiff-Prisoner for one of the 83 Counties in a criminal case initiated by said Judge of the Circuit Court to impose said judgment of sentence directing the Warden of the Thumb Correctional Facility to house said prisoners when the Sentence authorizing the Plaintiff prisoner to be held is one that has been Obtained Contrary to Michigan Court Rule 6.106(B) and (G)(2) requiring that the Former Criminal Defendants and now Plaintiff-Prisoners were to be given an IN CUSTODY HEARING as required by Constitution 1963 Article 1 § Section 15 to LITIGATE ALL THE EVIDENCE AND ISSUES that RESULTEDd in said Prisoner Plaintiff being held in the Wardens custody illegally where the Prisoner Plaintiff was not granted or given his and her FOUR CRITICAL CONSTITUTIONALLY REQUIRED DISTRICT COURT HEARINGS Resulting in DUE PROCESS VIOLATIONS REQUIRING RELEASE FROM UNLAWFUL CUSTODY OF THE INDIVIDUAL WARDEN AT THE HURON VALLEY WOMENS COMPLEX CORRECTIONAL FACILITY where the Warden Did not lawfully Obtain Subject-Matter and Personal-Matter Jurisdiction over the Plaintiff Prisoner and requires release from unlawful custody.

The following **(4) FOUR CRITICAL HEARINGS** were not conducted resulting in Speedy Trial Violations, Ineffective assistance of Counsel Violations, Due Process Violations contrary to the Sixth and Fourteenth Amendments of the State and Federal Constitution:

**1. ARRAIGNMENT ON THE WARRANT/COMPLAINT- MCR 6.104-1-1-1985**
**2. PRE-TRIAL RELEASE-IN CUSTODY HEARING-CUSTODY ORDER UNDER CONST 1963, ART 1 § 15 -MCR 6.106(B)(G)(2)-1-1-85**
**3. PROBABLE CAUSE CONFERENCE-MCR 6.108-1-1-1927-thru-1-1-15**
**4. PRELIMINARY EXAMINATION--MCR 6.110(G)(H)-1926-1985 thru 2026**

Plaintiffs state that the failure of the district courts to follow these procedures and the removal of jurisdiction for the Respondents Wardens to hold prisoners in custody that has been unlawfully obtained through the VIOLATIONS OF THE DUE PROCESS RIGHTS OF THE PLAINTIFFS AND THOSE HELD AT THE HURON VALLEY WOMENS COMPLEX CORRECTIONAL FACILITY AS A RESULT OF THE ORDER OF THE DIRECTORS OF THE DEPARTMENT OF CORRECTIONS AND JUDGES HELD IN THIS CASE AND THIS MATTER.

Plaintiffs hereby demand a jury trial on this issue and will file the associated BRIEF IN SUPPORT with this matter.

The Demand for jury trial is initiated and asserted under the 7th Amendment of the Constitution and RULE 38 of the FEDERAL RULES OF CIVIL PROCEDURE.

2.

## RELIEF SOUGHT

Wherefore, plaintiffs prays this court will Grant and preserve the right o a jury trial on this issue and will grant this CIVIL COMPLAINT AND JURY TRIAL DEMAND for the prisoners held at the HRURON VALLEY WOMENS COMPLEX and issue any BOND PENDING APPEAL OF ANY DENIAL OR DISMISSAL OF ANY CIVIL COMPLAINT AND JURY TRIAL DEMAND for those Held at the HURON VALLEY WOMENS COMPLEX CORRECTIONAL FACILITY and grant NEXT-FRIEND STATUS and GRANT ANY OTHER RELIEF THIS COURT DEEMS NECESSARY.

Respectfully Yours,                                                                March 24, 2026

Derrick Lee Cardello-Smith
#267009-D-207
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

Mentwell Spivey #211446
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49788

3.

Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
3269 West M-80
kincheloe, MI 49784


March 24, 2025


Clerk of the Court
United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

Re: Derrick Lee Cardello-Smith and Mentwell Spivey et al, v People of the State of Michigan et al
    Case No

Dear Clerk:

Enclosed for filing in the above cause are the following documents:

1.  Complaint for Writ of Habeas Corpus
2. Proof of Service

Please place this matter on the courts docket and assign a case number to this matter.

Respectfully Yours,

Derrick Lee Cardello-Smith

NAME:_____
Number:_____
Address:_____
Address:_____

Derrick Lee Cardello-Smith
#267009
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI 49784

Mailed on 3-23-25

GRAND RAPIDS MI   493

26 MAR 2026  PM 2   L

U.S. MARSHALS

★ USA ★ FOREVER ★

Office of the Clerk
United States District Court
231 West Lafayette Blvd-Room 564
Detroit, MI 48226

RECEIVED
MAR 3 1 2026
CLERK'S OFFICE
DETROIT

48226-271839

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

FSC
MIX
Envelope
FSC® C137131